# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AMBER COMEAUX, ET AL.** | : | **DOCKET NO. 2:21-cv-1617** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SASOL CHEMICALS (USA) LLC, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 30] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. 15] is **DENIED**. It is further **ORDERED** that defendants **ERIC WALKER, GRAHAM SMITH, BRUCE HUBBARD, ANDREW LAVIN, MICHAEL KANE, PAUL HIPPMAN, MICHAEL MCCARBLE, AND MICHAEL THOMAS** are **DISMISSED** from this action without prejudice.

**THUS DONE AND SIGNED** in Chambers this 10th day of June, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE